IN THE

TENTH COURT OF
APPEALS




 
 
 
 
 
 
 


 



No. 10-04-00054-CR

 

Randy Lee Wells,

                                                                      Appellant

 v.

 

The State of Texas,

                                                                      Appellee

 

 

 



From the 77th District Court

Limestone County, Texas

Trial Court # 10212-A

 



MEMORANDUM 
Opinion



 

Prior to issuance of an opinion by this
Court, appellant filed a “Voluntary Dismissal of Appeal” under Texas Rule of
Appellate Procedure 42.2.  Tex. R. App. P. 42.2.  The appellant personally signed this
withdrawal, and the State approved the withdrawal as to form and
substance.  Thus, appellant’s motion to
dismiss the appeal is granted.

 

PER CURIAM

 

Before Chief Justice Gray,

Justice Vance, and

Justice Reyna

Dismissed

Opinion delivered and filed February
 16, 2005

Do not publish

[CRPM]